THE UNION PACIFIC RAILWAY COMPANY v. MARY E. HUTCHINSON.

The case of *U. P. Rly. Co. v. Hutchinson*, just decided, followed.

*Per Curiam:* The facts in this case are similar in all respects to the case of *U. P. Rly. Co. v. Hutchinson*, just decided. The cases were tried below and submitted to this court together. The motion for judgment for the railway company on the special findings of the jury should have been sustained. The judgment of the district court will be reversed, and the cause remanded, with instructions to sustain the motion.